Mariellen Dugan, Esq.
Martin B. Gandelman, Esq.
**CALCAGNI & KANEFSKY LLP**
1085 Raymond Boulevard, Floor 14
Newark, NJ 07102
mdugan@ck-litigation.com
mgandelman@ck-litigation.com
*Attorneys for Defendant Aetna Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BERGEN PLASTIC SURGERY,<br><br>Plaintiff,<br><br>v.<br><br>AETNA INC.,<br><br>Defendants. | Case No.: 2:23-cv-01796-BRM-ESK<br><br>**NOTICE OF DEFENDANT AETNA INC.'S MOTION TO DISMISS THE COMPLAINT**<br><br>*Oral Argument Requested* |

**PLEASE TAKE NOTICE** that on June 5, 2023, or upon a date and time to be set by the Court, Defendant Aetna Inc. ("Defendant"), by and through its attorneys, will move before the Honorable Brian R. Martinotti of the United States District Court for the District of New Jersey, at the Martin Luther King Building & U.S. Courthouse located at 50 Walnut Street, Newark, New Jersey, for an Order granting Defendant's Motion to Dismiss the Complaint with Prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, Defendant will rely upon the accompanying Memorandum of Law and Declaration of Margaret K. Kowalewski.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 7.1(e), a proposed form of order is concurrently being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**CALCAGNI & KANEFSKY LLP**

Dated: May 5, 2023   By:   */s/ Mariellen Dugan*
Mariellen Dugan, Esq. (#042881991)
One Newark Center
1085 Raymond Boulevard, 14th Floor
Newark, New Jersey 07102
(T): (862) 397-1796
(T): (862) 397-1798
(E): mdugan@ck-litigation.com

# CERTIFICATE OF SERVICE

I, Mariellen Dugan, hereby certify that on May 5, 2023, I authorized the electronic filing of the following documents with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing: (i) Notice of Motion to Dismiss the Complaint; (ii) Memorandum of Law; (iii) Declaration of Margaret K. Kowalewski; and (iv) proposed form of Order.

Dated: May 5, 2023　　　　　　　　　　　　By:　　*/s/ Mariellen Dugan*