UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BERGEN PLASTIC SURGERY,<br>*Plaintiff*,<br><br>v.<br><br>AETNA, INC.<br>*Defendant.* | Civil No. 2:23 CV 01796 MEF SDA |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that all claims asserted by Bergen Plastic Surgery against Defendant Aetna, Inc. in this action shall be and are hereby dismissed with prejudice and without an award of attorneys' fees, costs, or expenses to any party.

Dated: January 16, 2025

*/s/ Aaron A. Mitchell*
Aaron A. Mitchell, Esq
LAWALL & MITCHELL, LLC
55 Madison Avenue, 4th Floor
Morristown, NJ 07960

Telephone: (973) 285-3280

aaron@lmesq.com

*Attorneys for Plaintiff Bergen Plastic Surgery*

*/s/ Mariellen Dugan*
Mariellen Dugan
CALCAGNI KANEFSKY, LLP
1085 Raymond Boulevard, 14th Floor
Newark, NJ 07102

Telephone: (862) 233-8319

mdugan@ck-litigation.com

*Attorneys for Defendant Aetna, Inc.*

**SO ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.
Date: 1/16/2025